UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                 Case No. 16-31745-DHW
                                                                      Chapter 13
DEBORAH HOLCOMBE,

    Debtor.

## ORDER RESCHEDULING HEARING
## ORDER TEMPORARILY EXTENDING THE AUTOMATIC STAY

The debtor filed a motion (Doc. # 10) under 11 U.S.C. § 362(c)(3) to extend the automatic stay as to all creditors. The motion came on for hearing on August 1, 2016. A certificate of service showing notice to all creditors was not filed. A final hearing on the motion was set for August 8, 2016. In accordance with the ruling from the bench in open court, it is

ORDERED that the hearing on debtor's motion to extend stay is RESCHEDULED. The final hearing will take place at the United States Bankruptcy Court, United States Courthouse Annex, One Church Street, Courtroom No. 4-C, Montgomery, Alabama, on August 8, 2016, at 1:30 PM. It is further

ORDERED that the stay is EXTENDED as to all creditors through and until the final hearing on August 8, 2016.

Done this 1st day of August, 2016.

/s/ Dwight A. Williams, Jr.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:  Debtor
    Richard D. Shinbaum, Attorney for Debtor
    Curtis C. Reding, Trustee
    All Creditors