# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **In the Matter of:** ) | |
| ) | **Case No. 16-31745** |
| **Deborah Holcombe,** ) | |
| ) | **Chapter 13** |
| ) | |
| **Debtor.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Court's Order Rescheduling Hearing Order Temporarily Extending The Automatic Stay (ECF #19) on all parties listed below by CM/ECF or by mailing a copy of same to them via BK Attorney Services, LLC (a.k.a. certificateofservice.com) on August 2, 2016.

    Curtis C. Reding, Chapter 13 Trustee

    Teresa Jacobs, Bankruptcy Administrator

    All creditors

                                            /s/ Joshua C. Milam
                                            Joshua C. Milam ASB-3046-T99U
                                            Attorney for Debtor