UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 16-31745-DHW
                                                   Chapter 13
DEBORAH HOLCOMBE,
        Debtor.

## ORDER RESCHEDULING HEARING
## ORDER TEMPORARILY EXTENDING THE AUTOMATIC STAY

The debtor filed a motion (Doc. # 10) under 11 U.S.C. § 362(c)(3) to extend the automatic stay as to all creditors. The motion came on for hearing on August 1, 2016. A certificate of service showing notice to all creditors was not filed. A final hearing on the motion was set for August 8, 2016. In accordance with the ruling from the bench in open court, it is

ORDERED that the hearing on debtor's motion to extend stay is RESCHEDULED. The final hearing will take place at the United States Bankruptcy Court, United States Courthouse Annex, One Church Street, Courtroom No. 4-C, Montgomery, Alabama, on August 8, 2016, at 1:30 PM. It is further

ORDERED that the stay is EXTENDED as to all creditors through and until the final hearing on August 8, 2016.

Done this 1st day of August, 2016.

/s/ Dwight A. Williams, Jr.
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
   Richard D. Shinbaum, Attorney for Debtor
   Curtis C. Reding, Trustee
   All Creditors

```
                          United States Bankruptcy Court
                           Middle District of Alabama
In re:                                                        Case No. 16-31745-DHW
Deborah Holcombe                                              Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 1127-2          User: dewilliam              Page 1 of 2              Date Rcvd: Aug 01, 2016
                              Form ID: pdfALL              Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2016.
```
db             +Deborah Holcombe,    4201 East Lawnwood Dr,    Montgomery, AL 36108-5011
cr             +THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, AN A,    c/o CHAMBLESS-MATH & CARR, PC,
                 PO BOX 230759,    MONTGOMERY, AL 36123-0759
3567410        +ALABAMA ER ADMIN,    P.O. BOX 4419,    Woodland Hills, CA 91365-4419
3567409        +ALABAMA ER ADMIN,    PO BOX 11047,    Birmingham, AL 35202-1047
3567411         Alabama ER Admin,    P.O. Box 2324,    Birmingham, AL 35201-2324
3567414        +BAPTIST MEDICAL CENTER SOUTH,    2105 EAST SOUTH BLVD.,    Montgomery, AL 36116-2409
3567413         BAPTIST MEDICAL CENTER SOUTH,    P.O. BOX 241145,    Montgomery, AL 36124-1145
3567427       ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-MOBILE,     BANKRUPTCY TEAM,    PO BOX 53410,    Bellevue, WA 98015)
3567416        +DITECH FINANCIAL,    PO BOX 6172,    Rapid City, SD 57709-6172
3567406         EQUIFAX INFORMATION SERVICES LLC,     P.O. BOX 740241,    Atlanta, GA 30374-0241
3567408         EXPERION,   P.O. BOX 9701,    Allen, TX 75013-9701
3567420         KNOLOGY,   1241 O. G. SKINNER DRIVE,    West Point, GA 31833-1789
3567419        +KNOLOGY,   4200 INTERNATIONAL PKWY,    Carrollton, TX 75007-1912
3578128       ++MID ATLANTIC FINANCE,    4592 ULMERTON ROAD,    CLEARWATER FL 33762-4107
               (address filed with court: Mid-Atlantic Finance co,     4592 Ulmerton Rd. Ste #200,
                 Clearwater, FL 33762)
3567421        +MID-ATLANTIC FINANCE,     15201 ROOSEVELT BLVD, STE 104,    CLEARWATER, FL 33760-3559
3567422        +RADIOLOGY GROUP,    2257 TAYLOR ROAD, STE 200,    Montgomery, AL 36117-7792
3567428        +T-MOBILE,   800 SW 39TH STREET,    Renton, WA 98057-4975
3567407         TRANSUNION CONSUMER SOLUTIONS,     P.O. BOX 2000,    CHESTER, PA 19022-2000
3567429         WELLS FARGO,    4810 CARMICHAEL ROAD,    Montgomery, AL 36106
3567430        +WOW,    770 N. Eastern Blvd,    Montgomery, AL 36117-8619
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: rgriffith@servsol.com Aug 01 2016 21:30:18      Alabama Housing Finance Authority,
                 P.O. Box 242928,    Montgomery, AL  36124-2928
3567412        +E-mail/Text: rgriffith@servsol.com Aug 01 2016 21:30:18      ALABAMA HOUSING FINANCE,
                 2000 INTERSTATE PARK DR,    STE 408,    Montgomery, AL 36109-5414
3567415        +E-mail/Text: bankruptcy@regionalmanagement.com Aug 01 2016 21:29:15      CREDIT RECOVERY,
                 509 WEST BUTLER ROAD,    Greenville, SC 29607-4833
3567417        +Fax: 614-760-4092 Aug 01 2016 21:45:30      EASY MONEY,    1102 ANN STREET,
                 Montgomery, AL 36107-3002
3567418         E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2016 21:30:42      GREENTREE,    PO BOX 380877,
                 Birmingham, AL 35238-0877
3580641        +E-mail/Text: bankruptcy@regionalmanagement.com Aug 01 2016 21:29:15
                 REGIONAL MANAGEMENT COPORATION,    PO BOX 776,    MAULDIN SC 29662-0776
3567425        +E-mail/Text: bankruptcy@speedyinc.com Aug 01 2016 21:29:22      SPEEDY CASH,    932 ANN ST,
                 Montgomery, AL 36107-2902
3567423         E-mail/Text: rgriffith@servsol.com Aug 01 2016 21:30:18      ServiSolutions,    P.O. Box 242928,
                 Montgomery, AL 36124-2928
3567424         E-mail/Text: bankruptcy@speedyinc.com Aug 01 2016 21:29:22      Speede Cash,
                 3611 North Ridge Road,    Wichita, KS 67205-1214
3567426        +E-mail/Text: bankruptcy@speedyinc.com Aug 01 2016 21:29:22      Speedy Cash,
                 1501 Eastern Bypass,    Montgomery, AL 36117-1605
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2016                         Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2016 at the address(es) listed below:

```
          Bankruptcy Administrator    ba@almb.uscourts.gov
          Curtis C. Reding    trustees_office@ch13mdal.com
          Joshua C. Milam    on behalf of Debtor Deborah  Holcombe jmilam@smclegal.com,
           smclegalecf@gmail.com
          Leonard N. Math    on behalf of Creditor    THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, AN
           AFFILIATE OF UAB HEALTH SYSTEM DBA BAPTIST SOUTH noticesmd@chambless-math.com
          Richard D. Shinbaum    on behalf of Debtor Deborah  Holcombe rshinbaum@smclegal.com,
           scarter@smclegal.com
                                                                                             TOTAL: 5
```